**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,
    Plaintiff,

       vs.                           Criminal No. 99-299-04(PG)

ALEX MORALES-ORTIZ,
    Defendant.

| MOTION | ORDER |
|---|---|
| **DOCKET #177** - Motion Recommending Modification of Conditions. | **GRANTED.** |

Date: November 15, 2004.

                                                S/JUAN M. PÉREZ-GIMÉNEZ
                                                U.S. District Judge