IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** \* <br> **Plaintiff** \* <br> \* <br> vs. \* <br> \* <br> **ALEX MORALES ORTIZ** \* <br> **Defendant** \* <br> \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* | CR. NO. 99-cr-299-04(PG) |

**MOTION FOR SOME DISPOSITION**

TO THE HONORABLE JUAN M. PEREZ-GIMENEZ
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

**COMES NOW, Orlando Rullán, U.S. Probation Officer of this Court,** presenting an official report on the conduct and attitude of releasee, Alex Morales , who on October 4, 2000 was sentenced to sixty (60) months of imprisonment after pleading guilty of violating Title 21, U.S. C. § 846 and 841 (a) (1), to be followed by a eight (8) year supervised release term. Mr. Morales was released from custody on March 19, 2004.

**RESPECTFULLY PRAYING AS FOLLOWS:**

1. **STANDARD CONDITION: "The defendant shall refrain from any unlawful use of a controlled substance."**

On February 24, 2004, the offender's urine tested positive to opiates. He admitted that he reverted to the use of heroin. On that same date he was referred to an outpatient treatment program. On February 18, 2005, the offender tried to tamper with the urine specimen. When confronted, he admitted a relapse to the use of heroin. On that same date, the offender was referred to an inpatient drug treatment program. He has displayed a cooperative and positive attitude towards his rehabilitation.

**WHEREFORE**, in lieu of the aforementioned, unless ruled otherwise, it is respectfully requested that the undersigned be allowed to continue with the supervision plan already in progress. If the offender fails again to comply with his conditions of supervision, the Court will be notified immediately. Thereupon, that the offender to be dealt with pursuant to law.

In San Juan, Puerto Rico, this 23rd day of February 2005.

        Respectfully submitted,

        EUSTAQUIO BABILONIA, CHIEF
        U.S. PROBATION OFFICER


        s/ Orlando Rullán
        Orlando Rullán
        U.S. Probation Officer
        Federal Office Building
        Office 400
        150 Carlos Chardón Avenue
        San Juan, PR 00918-1741
        Telephone: (787) 766-6503
        Fax: (787) 766-5945
        E-mail: orlando_rullan@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on February 23, 2005 I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Mr. Humbert S. García, U.S. Attorney, and to Iván Dominguez Esq.

At San Juan, Puerto Rico, February 23, 2005.

                                                s/Orlando Rullán
                                                Orlando Rullán
                                                U.S. Probation Officer
                                                Federal Office Building
                                                Office 400
                                                150 Carlos Chardón Avenue
                                                San Juan, PR 00918-1741
                                                Telephone: (787) 766-6503
                                                Fax: (787) 766-5945
                                                E-mail: orlanndo_rullan@prp.uscourts.gov