**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v<br><br>ALEX MORALES-ORTIZ<br>        Defendant. | CRIMINAL NO.  99-299-04(PG) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    1.    Enter the appearance of the undersigned Assistant Federal Public Defender (AFPD) as counsel for Alex Ramos-Ortiz.

    2.    Pursuant to policy of the Federal Public Defender for the District of Puerto Rico, request Federal Public Defender, Mr. Joseph C. Laws, be terminated from the case for electronic filing purposes.

    I HEREBY CERTIFY that on this date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

    RESPECTFULLY SUBMITTED

    In San Juan, Puerto Rico, this 12th day of April of 2006.

                        **JOSEPH C. LAWS, JR.
                        Federal Public Defender
                        District of Puerto Rico**


                        *S/Francisco Valcárcel-Fuster*
                        **FRANCISCO VALCÁRCEL-FUSTER
                        USDC-PR 220108
                        AFPD for Defendant
                        241 Franklin D. Roosevelt Avenue
                        San Juan, PR  00918-2441
                        Tel. (787) 281-4922 / Fax (787) 281-4899
                        E-mail :** Francisco_Valcárcel@fd.org