AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ JUDICIAL _____  District of  _____ PUERTO RICO _____

UNITED STATES OF AMERICA

V.

**Alex Morales-Ortiz**
Res. Manuel A. Pérez, Edif. C-23
Apt. 268, Rio Piedras, PR 00926

**WARRANT FOR ARREST**

Case Number: 99 CR 00299-04 (PG)

RECEIVED & FILED
2006 MAY -1 PM 3:29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **Alex Morales-Ortiz** _____
                                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   X Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

Violation of conditions of supervised release

in violation of Title _____ United States Code, Section(s) _____

JUAN M. PEREZ-GIMENEZ
Name of Issuing Officer

UNITED STATES DISTRICT JUDGE
Title of Issuing Officer

s/Janet González
Signature of Issuing Officer   By: Janet González, Deputy Clerk

March 29, 2006 at Hato Rey, Puerto Rico
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at Carolina St. 541, Rio Piedras PR (San Nicolas Hardware) |

| DATE RECEIVED 4/13/2006 | NAME AND TITLE OF ARRESTING OFFICER Antonio Torres, Criminal Investigator | SIGNATURE OF ARRESTING OFFICER /s/ Antonio Torres |
|---|---|---|
| DATE OF ARREST 4/24/2006 | | |