**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA,**

    **vs.**                                          **Case No.: 99CR299-04(PG)**

**ALEX MORALES-ORTIZ**

*****************************

**MOTION REQUESTING MODIFICATION OF CONDITIONS**

TO THE HONORABLE JUAN M. PEREZ-GIMENEZ
SENIOR U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

      **COMES NOW, Miriam Figueroa, U.S. Probation Officer of this Court,** presenting an official report on the conduct and attitude of releasee, Alex Morales-Ortiz, who on October 4, 2000 was sentenced to sixty (60) months of imprisonment after pleading guilty of violating Title 21, U.S.C. § 846 and 841 (a) (1), to be followed by an eight (8) year supervised release term. Mr. Morales was released from custody on March 19, 2004. However, on May 16, 2006, offender's supervised release conditions were revoked wherein Mr. Morales was sentenced to an imprisonment term of twelve months (12) followed by a supervised release term of forty-eight (48) months. Offender was released from custody on April 23, 2007.

      **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

      Mr. Morales has a serious history of drug use, to include heroin, marihuana, cocaine, and crack. He was revoked for using illegal drugs and failing to participate in a drug treatment program.

Given the aforementioned, and in order to assist offender with his drug problems, his supervised

release conditions needs to be modified to include drug testing and treatment as ordered in offender's original sentence. The offender agreed with the modification of his conditions and signed the attached Waiver of Hearing to Modify Conditions of Supervised Release.

**WHEREFORE**, in lieu of the aforementioned, unless ruled otherwise, it is respectfully requested that the Court modify Mr. Morales' conditions of supervision to include drug testing and treatment.

In San Juan, Puerto Rico, this 18th day of May 2007.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER


s/Miriam Figueroa
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
787-281-4980
787-766-5596
miriam_figueroa@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on May 18, 2007, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following participants: Juan E. Milanes, Assistant U.S. Attorney, and Francisco Valcarcel, Assistant Federal Public Defender.

At San Juan, Puerto Rico, May 18, 2007.

s/Miriam Figueroa
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
787-281-4980
787-766-5596
miriam_figueroa@prp.uscourts.gov
